U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 3 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LOUIS EDWARD WILLIAMS (#393545) | DOCKET NO. 09-CV-777; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LOUISIANA DEPT. OF CORRECTIONS | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Plaintiff's Eighth Amendment claim be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 3rd day of December, 2009.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE